R. ALLYN TAYLOR (No. 118428)
DLA PIPER RUDNICK GRAY CARY US LLP
2000 University Avenue
East Palo Alto, California 94303
Tel: (650) 833-2179
Fax: (650) 833-2001

EUGENE M. PAK (No. 168699)
DLA PIPER RUDNICK GRAY CARY US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1907
Tel: (415) 836-2500
Fax: (415) 836-2501

Attorneys for Plaintiff
KNOWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KNOWNOW, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>REUTERS AMERICA, INC., a Delaware corporation,<br><br>Defendant. | Case No. 05 1408-BZ<br><br>**STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT CONFERENCE SCHEDULE; ORDER** |

WHEREAS the parties are currently in the process of negotiating a settlement of this action;

WHEREAS Defendant Reuters America, Inc. has not yet been served because the parties are negotiating a settlement of this action;

WHEREAS the parties wish to extend deadlines in this action to continue to negotiate such settlement;

Pursuant to Local Rule 16-2(d), the parties by their respective undersigned counsel, hereby enter into this stipulation pursuant to Local Rule 6-2, and request relief from the Order Setting Initial Case Management Conference and subsequent orders extending deadlines in this matter.

1  IT IS HEREBY STIPULATED by and between the parties that the case management
2  conference and other deadlines currently set be re-scheduled as set forth below. By this stipulated
3  request Defendant Reuters America, Inc. does not consent to jurisdiction or waive any objection to
4  service. This Stipulation shall not be deemed an appearance by Defendant nor a waiver of any of its
5  aforementioned rights and objections. Plaintiff KnowNow, Inc. agrees not to assert jurisdiction or
6  waiver of service of process by virtue of Defendant entering into this stipulated request.

7  November 21, 2005 - Last day to meet and confer re initial disclosures, early settlement,
8  ADR process selection, and discovery plan; last day to file Joint ADR certification with
9  Stipulation to ADR process or Notice of Need for ADR phone conference.

10 December 5, 2005 - Last day to complete initial disclosures or state objection in Rule 26 (f)
11 report, file/serve Case Management Statement, and file/serve Rule 26 (f) report; and

12 December 12, 2005 - Case Management Conference in Courtroom G, 15th Floor, at 4:00
13 p.m.

14
15 Dated: August 4 , 2005                DLA PIPER RUDNICK GRAY CARY
                                         Attorneys for Plaintiff
16
17                                       /s/ Eugene M. Pak
                                         Eugene M. Pak
18                                       153 Townsend Street, Suite 800
                                         San Francisco, California 94107-1957
19                                       (415) 836-2500

20 Dated: August _4_, 2005               REUTERS AMERICA, INC.

21                                        /s/ Carolyn H. Blankenship
22                                       Carolyn H. Blankenship, Esq.
                                         Principal Legal Counsel
23                                       Intellectual Property
                                         Reuters America LLC
24                                       3 Times Square
                                         New York, NY 10036
25
26
27
28
STIPULATED REQUEST FOR RELIEF FROM CMC SCHEDULE; ORDER

~SANF1:314459.v1

**IT IS SO ORDERED:**

Dated: <u>August 5</u>, 2005

By: _____
The Honorable Bernard Zimmerman
United States Magistrate Judge



STIPULATED REQUEST FOR RELIEF FROM CMC SCHEDULE; ORDER

~SANF1:314459.v1