1  R. ALLYN TAYLOR (No. 118428)
   DLA PIPER RUDNICK GRAY CARY US LLP
2  2000 University Avenue
   East Palo Alto, California 94303
3  Tel: (650) 833-2179
   Fax: (650) 833-2001
4
   EUGENE M. PAK (No. 168699)
5  DLA PIPER RUDNICK GRAY CARY US LLP
   153 Townsend Street, Suite 800
6  San Francisco, CA 94107-1907
   Tel: (415) 836-2500
7  Fax: (415) 836-2501

8  Attorneys for Plaintiff
   KNOWNOW, INC.
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13  KNOWNOW, INC.,
    a Delaware corporation,              Case No. 05 1408-BZ

14                                       **FURTHER STIPULATED REQUEST
                  Plaintiff,             FOR RELIEF FROM CASE
15                                       MANAGEMENT CONFERENCE
         v.                              SCHEDULE; ORDER**
16
    REUTERS AMERICA, INC., a Delaware
17  corporation,

18                Defendant.

19

20       WHEREAS the parties are currently in the process of negotiating a settlement of this action
21  and have exchanged drafts of a proposed settlement agreement;

22       WHEREAS Defendant Reuters America, Inc. has not yet been served because the parties are
23  negotiating a settlement of this action;

24       WHEREAS the parties wish to again extend deadlines in this action to continue to negotiate
25  and finalize such settlement;

26       Pursuant to Local Rule 16-2(d), the parties by their respective undersigned counsel, hereby
27  enter into this stipulation pursuant to Local Rule 6-2, and request relief from the Order Setting Initial
28  Case Management Conference and subsequent orders extending deadlines in this matter.

STIPULATED REQUEST FOR RELIEF FROM CMC SCHEDULE; ORDER
~SANF1:332979.v1

Case 3:05-cv-01408-BZ   Document 8   Filed 12/05/2005   Page 2 of 3

1   IT IS HEREBY STIPULATED by and between the parties that the case management
2   conference and other deadlines currently set be re-scheduled as set forth below. By this stipulated
3   request Defendant Reuters America, Inc. does not consent to jurisdiction or waive any objection to
4   service. This Stipulation shall not be deemed an appearance by Defendant nor a waiver of any of its
5   aforementioned rights and objections. Plaintiff KnowNow, Inc. agrees not to assert jurisdiction or
6   waiver of service of process by virtue of Defendant entering into this stipulated request.

7   January 23, 2006 - Last day to meet and confer re initial disclosures, early settlement, ADR
8   process selection, and discovery plan; last day to file Joint ADR certification with Stipulation
9   to ADR process or Notice of Need for ADR phone conference.

10   February 6, 2005 - Last day to complete initial disclosures or state objection in Rule 26 (f)
11   report, file/serve Case Management Statement, and file/serve Rule 26 (f) report; and

12   February 13, 2005 - Case Management Conference in Courtroom G, 15th Floor, at 4:00 p.m.

Dated: November 22, 2005            DLA PIPER RUDNICK GRAY CARY
                                    Attorneys for Plaintiff

                                    /s/ Eugene M. Pak
                                    Eugene M. Pak
                                    153 Townsend Street, Suite 800
                                    San Francisco, California 94107-1957
                                    (415) 836-2500

Dated: November 28, 2005            REUTERS AMERICA, INC.

                                    /s/ Carolyn H. Blankenship
                                    Carolyn H. Blankenship, Esq.
                                    Principal Legal Counsel
                                    Intellectual Property
                                    Reuters America LLC
                                    3 Times Square
                                    New York, NY 10036

STIPULATED REQUEST FOR RELIEF FROM CMC SCHEDULE; ORDER
~SANF1:332979.v1

1  IT IS SO ORDERED:

2  Dated: _____, 2005

4  By: _____
   The Honorable Bernard Zimmerman
5  United States Magistrate Judge

STIPULATED REQUEST FOR RELIEF FROM CMC SCHEDULE; ORDER
~SANF1:332979.v1