Case 3:05-cv-01408-BZ   Document 10   Filed 02/09/2006   Page 1 of 3

1  R. ALLYN TAYLOR (No. 118428)
   DLA PIPER RUDNICK GRAY CARY US LLP
2  2000 University Avenue
   East Palo Alto, California 94303
3  Tel: (650) 833-2179
   Fax: (650) 833-2001
4
   EUGENE M. PAK (No. 168699)
5  DLA PIPER RUDNICK GRAY CARY US LLP
   153 Townsend Street, Suite 800
6  San Francisco, CA 94107-1907
   Tel: (415) 836-2500
7  Fax: (415) 836-2501

8  Attorneys for Plaintiff
   KNOWNOW, INC.
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13  KNOWNOW, INC.,
    a Delaware corporation,                Case No. 05 1408-BZ

14                                         **FURTHER STIPULATED REQUEST**
                    Plaintiff,             **FOR RELIEF FROM CASE**
15                                         **MANAGEMENT CONFERENCE**
            v.                             **SCHEDULE; ORDER**
16
17  REUTERS AMERICA, INC., a Delaware
    corporation,
18                  Defendant.

19

20      WHEREAS the parties have been in the process of negotiating a settlement of this action and
21  have exchanged drafts of a proposed settlement agreement;
22      WHEREAS Defendant Reuters America, Inc. has not yet been served because the parties are
23  negotiating a settlement of this action;
24      WHEREAS the parties wish to again extend deadlines in this action to continue to negotiate
25  and finalize such settlement;
26      Pursuant to Local Rule 16-2(d), the parties by their respective undersigned counsel, hereby
27  enter into this stipulation pursuant to Local Rule 6-2, and request relief from the Order Setting Initial
28

STIPULATED REQUEST FOR RELIEF FROM CMC SCHEDULE; ORDER
~SANF1:332979.v1
SANF1\337958.1
354284-900406

Case 3:05-cv-01408-BZ   Document 10   Filed 02/09/2006   Page 2 of 3

1 | Case Management Conference and subsequent orders extending deadlines in this matter.

2 |     IT IS HEREBY STIPULATED by and between the parties that the case management
3 | conference and other deadlines currently set be re-scheduled as set forth below. By this stipulated
4 | request Defendant Reuters America, Inc. does not consent to jurisdiction or waive any objection to
5 | service. This Stipulation shall not be deemed an appearance by Defendant nor a waiver of any of its
6 | aforementioned rights and objections. Plaintiff KnowNow, Inc. agrees not to assert jurisdiction or
7 | waiver of service of process by virtue of Defendant entering into this stipulated request.

8 |     <u>March 27, 2006</u> - Last day to meet and confer re initial disclosures, early settlement, ADR
9 | process selection, and discovery plan; last day to file Joint ADR certification with Stipulation
10 | to ADR process or Notice of Need for ADR phone conference.

11 |     <u>April 6, 2005</u> - Last day to complete initial disclosures or state objection in Rule 26 (f)
12 | report, file/serve Case Management Statement, and file/serve Rule 26 (f) report; and

13 |     <u>April 13, 2005</u> - Case Management Conference in Courtroom G, 15th Floor, at 4:00 p.m.

14 |
15 | Dated: February 9, 2006      DLA PIPER RUDNICK GRAY CARY
     Attorneys for Plaintiff
16 |
17 |      /s/ Eugene M. Pak
     Eugene M. Pak
18 |      153 Townsend Street, Suite 800
     San Francisco, California 94107-1957
19 |      (415) 836-2500
20 | Dated: February 9, 2006      REUTERS AMERICA, INC.

21 |      /s/ Carolyn H. Blankenship
22 |      Carolyn H. Blankenship, Esq.
     Principal Legal Counsel
23 |      Intellectual Property
     Reuters America LLC
24 |      3 Times Square
     New York, NY 10036

FURTHER STIPULATED REQUEST FOR RELIEF FROM CMC SCHEDULE; ORDER

1  IT IS SO ORDERED:                  CMC us April 10, 2006 at 4PM

2  Dated: 9 Feb, 2006

3

4                                     By _____
                                      The Honorable Bernard Zimmerman
5                                     United States Magistrate Judge

FURTHER STIPULATED REQUEST FOR RELIEF FROM CMC SCHEDULE; ORDER