R. ALLYN TAYLOR (No. 118428)
DLA PIPER RUDNICK GRAY CARY US LLP
2000 University Avenue
East Palo Alto, California 94303
Tel: (650) 833-2179
Fax: (650) 833-2001

EUGENE M. PAK (No. 168699)
DLA PIPER RUDNICK GRAY CARY US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1907
Tel: (415) 836-2500
Fax: (415) 836-2501

Attorneys for Plaintiff
KNOWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KNOWNOW, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>REUTERS AMERICA, INC., a Delaware corporation,<br><br>Defendant. | Case No. 05 1408-BZ<br><br>**FURTHER STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT CONFERENCE SCHEDULE; ORDER** |

WHEREAS the parties have been in the process of negotiating a settlement of this action, have exchanged drafts of a proposed settlement agreement, and are completing settlement negotiations;

WHEREAS Defendant Reuters America, Inc. has not yet been served because the parties are negotiating a settlement of this action;

WHEREAS the parties wish to again extend deadlines in this action to continue to negotiate and finalize such settlement;

Pursuant to Local Rule 16-2(d), the parties by their respective undersigned counsel, hereby

STIPULATED REQUEST FOR RELIEF FROM CMC SCHEDULE; ORDER
SANF1\344128.1
354284-900406

1  enter into this stipulation pursuant to Local Rule 6-2, and request relief from the Order Setting Initial
2  Case Management Conference and subsequent orders extending deadlines in this matter.
3      IT IS HEREBY STIPULATED by and between the parties that the case management
4  conference and other deadlines currently set be re-scheduled as set forth below. By this stipulated
5  request Defendant Reuters America, Inc. does not consent to jurisdiction or waive any objection to
6  service. This Stipulation shall not be deemed an appearance by Defendant nor a waiver of any of its
7  aforementioned rights and objections. Plaintiff KnowNow, Inc. agrees not to assert jurisdiction or
8  waiver of service of process by virtue of Defendant entering into this stipulated request.
9      June 26, 2006 - Last day to meet and confer re initial disclosures, early settlement, ADR
10 process selection, and discovery plan; last day to file Joint ADR certification with Stipulation
11 to ADR process or Notice of Need for ADR phone conference.
12     July 6, 2006 - Last day to complete initial disclosures or state objection in Rule 26 (f) report,
13 file/serve Case Management Statement, and file/serve Rule 26 (f) report; and
14     July 13, 2006 - Case Management Conference in Courtroom G, 15th Floor, at 4:00 p.m.

Dated: April 5, 2006

DLA PIPER RUDNICK GRAY CARY
Attorneys for Plaintiff

/s/ Eugene M. Pak
Eugene M. Pak
153 Townsend Street, Suite 800
San Francisco, California 94107-1957
(415) 836-2500

Dated: April 5, 2006

REUTERS AMERICA, INC.

/s/ Carolyn Blankenship
Carolyn H. Blankenship, Esq.
Principal Legal Counsel
Intellectual Property
Reuters America LLC
3 Times Square
New York, NY 10036

FURTHER STIPULATED REQUEST FOR RELIEF FROM CMC SCHEDULE; ORDER

SANFI\344128.1
354284-900406

*CMC continued to July 17 2006 at 4pm*

1  **IT IS SO ORDERED:**

2  Dated: 7/7/M, 2006

3

4  By: _____
   The Honorable Bernard Zimmerman
5  United States Magistrate Judge

...

28  FURTHER STIPULATED REQUEST FOR RELIEF FROM CMC SCHEDULE; ORDER

SANF1\344128.1
354284-900406