| | |
|---|---|
| 1 | R. ALLYN TAYLOR (No. 118428)<br>DLA PIPER US LLP |
| 2 | 2000 University Avenue<br>East Palo Alto, California 94303 |
| 3 | Tel: (650) 833-2179<br>Fax: (650) 833-2001 |
| 4 | |
| 5 | EUGENE M. PAK (No. 168699)<br>DLA PIPER US LLP |
| 6 | 153 Townsend Street, Suite 800<br>San Francisco, CA 94107-1907 |
| 7 | Tel: (415) 836-2500<br>Fax: (415) 836-2501 |
| 8 | Attorneys for Plaintiff<br>KNOWNOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KNOWNOW, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>REUTERS AMERICA, INC., a Delaware corporation,<br><br>Defendant. | Case No. 05 1408-BZ<br><br>**FURTHER STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT CONFERENCE SCHEDULE; ORDER** |

WHEREAS the parties have been negotiating a settlement of this action, have exchanged drafts of a proposed settlement agreement, and are close to finalizing settlement;

WHEREAS Defendant Reuters America, Inc. has not yet been served because the parties are negotiating a settlement of this action;

WHEREAS the parties wish to again extend deadlines in this action to continue to negotiate and finalize such settlement;

Pursuant to Local Rule 16-2(d), the parties by their respective undersigned counsel, hereby enter into this stipulation pursuant to Local Rule 6-2, and request relief from the Order Setting Initial Case Management Conference and subsequent orders extending deadlines in this matter.

STIPULATED REQUEST FOR RELIEF FROM CMC SCHEDULE; ORDER
SANF1\356362.1

1  IT IS HEREBY STIPULATED by and between the parties that the case management
2  conference and other deadlines currently set be re-scheduled as set forth below.  By this stipulated
3  request Defendant Reuters America, Inc. does not consent to jurisdiction or waive any objection to
4  service.  This Stipulation shall not be deemed an appearance by Defendant nor a waiver of any of its
5  aforementioned rights and objections.  Plaintiff KnowNow, Inc. agrees not to assert jurisdiction or
6  waiver of service of process by virtue of Defendant entering into this stipulated request.
7  <u>January 22, 2007</u> - Last day to meet and confer re initial disclosures, early settlement, ADR
8  process selection, and discovery plan; last day to file Joint ADR certification with Stipulation
9  to ADR process or Notice of Need for ADR phone conference.
10  <u>February 1, 2007</u> - Last day to complete initial disclosures or state objection in Rule 26 (f)
11  report, file/serve Case Management Statement, and file/serve Rule 26 (f) report; and
12  **Monday, December 4, 2006**
    ~~February 8, 2007~~ - Case Management Conference in Courtroom G, 15th Floor, at  4:00 p.m.

14  Dated: October 6, 2006                          DLA PIPER US LLP
                                                    Attorneys for Plaintiff

16                                                  /s/ Eugene M. Pak
                                                    Eugene M. Pak
17                                                  153 Townsend Street, Suite 800
                                                    San Francisco, California 94107-1957
                                                    (415) 836-2500

19  Dated:  October 6, 2006                         REUTERS AMERICA, INC.

20                                                  /s/ Carolyn H. Blankenship
                                                    Carolyn H. Blankenship, Esq.
21                                                  Principal Legal Counsel
                                                    Intellectual Property
22                                                  Reuters America LLC
                                                    3 Times Square
23                                                  New York, NY  10036



IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

28  FURTHER STIPULATED REQUEST FOR RELIEF FROM CMC SCHEDULE; ORDER

354284-900406
SANF1\356362

1 **IT IS SO ORDERED:**

2

3 Dated: _____, 2006

4 By: _____
The Honorable Bernard Zimmerman
5 United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 FURTHER STIPULATED REQUEST FOR RELIEF FROM CMC SCHEDULE; ORDER

354284-900406
SANF1\356362