Case 3:05-cv-01408-BZ    Document 19    Filed 10/02/2006    Page 1 of 3

R. ALLYN TAYLOR (No. 118428)
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, California 94303
Tel: (650) 833-2179
Fax: (650) 833-2001

EUGENE M. PAK (No. 168699)
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1907
Tel: (415) 836-2500
Fax: (415) 836-2501

Attorneys for Plaintiff
KNOWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KNOWNOW, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>REUTERS AMERICA, INC., a Delaware corporation,<br><br>Defendant. | Case No. 05 1408-BZ<br><br>**FURTHER STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT CONFERENCE SCHEDULE; ORDER** |

WHEREAS the parties have been negotiating a settlement of this action, have exchanged drafts of a proposed settlement agreement, and are close to finalizing settlement;

WHEREAS Defendant Reuters America, Inc. has not yet been served because the parties are negotiating a settlement of this action;

WHEREAS the parties wish to again extend deadlines in this action to continue to negotiate and finalize such settlement;

Pursuant to Local Rule 16-2(d), the parties by their respective undersigned counsel, hereby enter into this stipulation pursuant to Local Rule 6-2, and request relief from the Order Setting Initial Case Management Conference and subsequent orders extending deadlines in this matter.

STIPULATED REQUEST FOR RELIEF FROM CMC SCHEDULE; ORDER
SANF1\356362.1

Case 3:05-cv-01408-BZ   Document 19   Filed 10/06/2006   Page 2 of 3

1   IT IS HEREBY STIPULATED by and between the parties that the case management
2   conference and other deadlines currently set be re-scheduled as set forth below. By this stipulated
3   request Defendant Reuters America, Inc. does not consent to jurisdiction or waive any objection to
4   service. This Stipulation shall not be deemed an appearance by Defendant nor a waiver of any of its
5   aforementioned rights and objections. Plaintiff KnowNow, Inc. agrees not to assert jurisdiction or
6   waiver of service of process by virtue of Defendant entering into this stipulated request.

7   <u>January 22, 2007</u> - Last day to meet and confer re initial disclosures, early settlement, ADR
8   process selection, and discovery plan; last day to file Joint ADR certification with Stipulation
9   to ADR process or Notice of Need for ADR phone conference.

10   <u>February 1, 2007</u> - Last day to complete initial disclosures or state objection in Rule 26 (f)
11   report, file/serve Case Management Statement, and file/serve Rule 26 (f) report; and

12   ~~February 8, 2007 - Case Management Conference in Courtroom G, 15th Floor, at 4:00 p.m.~~

Dated: October 6, 2006              DLA PIPER US LLP
                                    Attorneys for Plaintiff

                                    /s/ Eugene M. Pak
                                    Eugene M. Pak
                                    153 Townsend Street, Suite 800
                                    San Francisco, California 94107-1957
                                    (415) 836-2500

Dated: October 6, 2006              REUTERS AMERICA, INC.

                                    /s/ Carolyn H. Blankenship
                                    Carolyn H. Blankenship, Esq.
                                    Principal Legal Counsel
                                    Intellectual Property
                                    Reuters America LLC
                                    3 Times Square
                                    New York, NY 10036



10-10-06
IT IS SO ORDERED
Judge Bernard Zimmerman

CASE CONTINUED TO
December 4, 2006 AT
4:00 p.m.

28   FURTHER STIPULATED REQUEST FOR RELIEF FROM CMC SCHEDULE; ORDER

354284-900406
SANF1\356362