1  R. ALLYN TAYLOR (No. 118428)
   DLA PIPER US LLP
2  2000 University Avenue
   East Palo Alto, California 94303
3  Tel: (650) 833-2179
   Fax: (650) 833-2001
4
   EUGENE M. PAK (No. 168699)
5  DLA PIPER US LLP
   153 Townsend Street, Suite 800
6  San Francisco, CA 94107-1907
   Tel:  (415) 836-2500
7  Fax: (415) 836-2501

8  Attorneys for Plaintiff
   KNOWNOW, INC.
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13 KNOWNOW, INC.,
   a Delaware corporation,                  Case No. 05 1408-BZ

14                                          **FURTHER STIPULATED REQUEST
                  Plaintiff,                FOR RELIEF FROM CASE
15                                          MANAGEMENT CONFERENCE
        v.                                  SCHEDULE; ORDER**
16
   REUTERS AMERICA, INC., a Delaware
17 corporation,

18                Defendant.

19

20
        WHEREAS the parties have negotiated a settlement of this action, and exchanged a final
21
   version of  a settlement agreement for review and execution by the parties;
22
        WHEREAS Defendant Reuters America, Inc. has not yet been served because of such
23
   settlement;
24
        WHEREAS the parties wish to again extend deadlines in this action to continue to finalize
25
   such settlement;
26
        Pursuant to Local Rule 16-2(d), the parties by their respective undersigned counsel, hereby
27
   enter into this stipulation pursuant to Local Rule 6-2, and request relief from the Order Setting Initial
28
   Case Management Conference and subsequent orders extending deadlines in this matter.

STIPULATED REQUEST FOR RELIEF FROM CMC SCHEDULE; ORDER
SANF1\359691

1  IT IS HEREBY STIPULATED by and between the parties that the case management conference and other deadlines currently set be re-scheduled as set forth below.  By this stipulated request Defendant Reuters America, Inc. does not consent to jurisdiction or waive any objection to service.  This Stipulation shall not be deemed an appearance by Defendant nor a waiver of any of its aforementioned rights and objections.  Plaintiff KnowNow, Inc. agrees not to assert jurisdiction or waiver of service of process by virtue of Defendant entering into this stipulated request.

<u>January 22, 2007</u> - Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan; last day to file Joint ADR certification with Stipulation to ADR process or Notice of Need for ADR phone conference.

<u>February 1, 2007</u> - Last day to complete initial disclosures or state objection in Rule 26 (f) report, file/serve Case Management Statement, and file/serve Rule 26 (f) report; and

<u>February 8, 2007</u> - Case Management Conference in Courtroom G, 15th Floor, at 4:00 p.m.

Dated: November 27, 2006         DLA PIPER US LLP
                                 Attorneys for Plaintiff

                                 /s/ Eugene M. Pak
                                 Eugene M. Pak
                                 153 Townsend Street, Suite 800
                                 San Francisco, California 94107-1957
                                 (415) 836-2500

Dated:  November 27, 2006        REUTERS AMERICA, INC.

                                 /s/ Carolyn H. Blankenship
                                 Carolyn H. Blankenship, Esq.
                                 Principal Legal Counsel
                                 Intellectual Property
                                 Reuters America LLC
                                 3 Times Square
                                 New York, NY  10036

28  FURTHER STIPULATED REQUEST FOR RELIEF FROM CMC SCHEDULE; ORDER

354284-900406
SANF1\359691

1 **IT IS SO ORDERED:**

2

3 Dated: __Nov. 27___, 2006

4 By: _____
   The Honorable Bernard Zimmerman
5 United States Magistrate Judge



28 FURTHER STIPULATED REQUEST FOR RELIEF FROM CMC SCHEDULE; ORDER

354284-900406
SANF1\359691

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

153 Townsend Street, Suite 800
San Francisco, California 94107-1957

DLA PIPER RUDNICK
GRAY CARY

SANF1\344128.1
354284-900406
SANF1\350611.1

4