1  R. ALLYN TAYLOR (No. 118428)
   DLA PIPER US LLP
2  2000 University Avenue
   East Palo Alto, California 94303
3  Tel: (650) 833-2179
   Fax: (650) 833-2001
4
   EUGENE M. PAK (No. 168699)
5  DLA PIPER US LLP
   153 Townsend Street, Suite 800
6  San Francisco, CA 94107-1907
   Tel:  (415) 836-2500
7  Fax: (415) 836-2501

8  Attorneys for Plaintiff
   KNOWNOW, INC.
9
                         UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13  KNOWNOW, INC.,
    a Delaware corporation,                    Case No. 05 1408-BZ
14                                             **AMENDED**
                                               **FURTHER STIPULATED REQUEST**
                    Plaintiff,                 **FOR RELIEF FROM CASE**
15                                             **MANAGEMENT CONFERENCE**
        v.                                     **SCHEDULE; ORDER**
16
17  REUTERS AMERICA, INC., a Delaware
    corporation,
18
                    Defendant.
19

20
            WHEREAS the parties have negotiated a settlement of this action, and exchanged a final
21
    version of  a settlement agreement for review and execution by the parties;
22
            WHEREAS Defendant Reuters America, Inc. has not yet been served because of such
23
    settlement;
24
            WHEREAS the parties wish to again extend deadlines in this action to continue to finalize
25
    such settlement;
26
            Pursuant to Local Rule 16-2(d), the parties by their respective undersigned counsel, hereby
27
    enter into this stipulation pursuant to Local Rule 6-2, and request relief from the Order Setting Initial
28
    Case Management Conference and subsequent orders extending deadlines in this matter.

STIPULATED REQUEST FOR RELIEF FROM CMC SCHEDULE; ORDER
SANF1\359691

1  IT IS HEREBY STIPULATED by and between the parties that the case management
2 conference and other deadlines currently set be re-scheduled as set forth below.  By this stipulated
3 request Defendant Reuters America, Inc. does not consent to jurisdiction or waive any objection to
4 service.  This Stipulation shall not be deemed an appearance by Defendant nor a waiver of any of its
5 aforementioned rights and objections.  Plaintiff KnowNow, Inc. agrees not to assert jurisdiction or
6 waiver of service of process by virtue of Defendant entering into this stipulated request.

7  <u>January 22, 2007</u> - Last day to meet and confer re initial disclosures, early settlement, ADR
8  process selection, and discovery plan; last day to file Joint ADR certification with Stipulation
9  to ADR process or Notice of Need for ADR phone conference.
10  <u>February 1, 2007</u> - Last day to complete initial disclosures or state objection in Rule 26 (f)
11 report, file/serve Case Management Statement, and file/serve Rule 26 (f) report; and
12  **FEBRUARY 5, 2007**
   ~~February 8, 2007~~ - Case Management Conference in Courtroom G, 15th Floor, at 4:00 p.m.

13
14 Dated: November 27, 2006              DLA PIPER US LLP
                                         Attorneys for Plaintiff
15
16                                       /s/ Eugene M. Pak
                                         Eugene M. Pak
17                                       153 Townsend Street, Suite 800
                                         San Francisco, California 94107-1957
18                                       (415) 836-2500

19 Dated:  November 27, 2006             REUTERS AMERICA, INC.

20                                       /s/ Carolyn H. Blankenship
21                                       Carolyn H. Blankenship, Esq.
                                         Principal Legal Counsel
22                                       Intellectual Property
                                         Reuters America LLC
23                                       3 Times Square
                                         New York, NY  10036
24
25
26
27
28 FURTHER STIPULATED REQUEST FOR RELIEF FROM CMC SCHEDULE; ORDER

354284-900406
SANF1\359691

1  **IT IS SO ORDERED:**

2  
3  Dated:  Nov. 28th  , 2006

4  By: _____
   The Honorable Bernard Zimmerman
5  United States Magistrate Judge



28  FURTHER STIPULATED REQUEST FOR RELIEF FROM CMC SCHEDULE; ORDER

354284-900406
SANF1\359691

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

153 Townsend Street, Suite 800
San Francisco, California 94107-1957

DLA PIPER RUDNICK
GRAY CARY

SANF1\344128.1
354284-900406
SANF1\350611.1

4