R. ALLYN TAYLOR (No. 118428)
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, California 94303
Tel: (650) 833-2179
Fax: (650) 833-2001

EUGENE M. PAK (No. 168699)
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1907
Tel: (415) 836-2500
Fax: (415) 836-2501

Attorneys for Plaintiff
KNOWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KNOWNOW, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> REUTERS AMERICA, INC., a Delaware corporation, <br><br> Defendant. | Case No. 05 1408-BZ <br><br> **ADDITIONAL FURTHER STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT CONFERENCE SCHEDULE; [PROPOSED] ORDER** |

WHEREAS the parties have negotiated a settlement of this action, and exchanged a final settlement agreement for execution by the parties, and need additional time to obtain signatures of authorized individuals;

WHEREAS Defendant Reuters America, Inc. has not yet been served because of such settlement;

WHEREAS the parties wish to again extend deadlines in this action to continue to finalize such settlement;

Pursuant to Local Rule 16-2(d), the parties by their respective undersigned counsel, hereby enter into this stipulation pursuant to Local Rule 6-2, and request relief from the Order Setting Initial

1  Case Management Conference and subsequent orders extending deadlines in this matter.

2      IT IS HEREBY STIPULATED by and between the parties that the case management
3  conference and other deadlines currently set be re-scheduled as set forth below.  By this stipulated
4  request Defendant Reuters America, Inc. does not consent to jurisdiction or waive any objection to
5  service.  This Stipulation shall not be deemed an appearance by Defendant nor a waiver of any of its
6  aforementioned rights and objections.  Plaintiff KnowNow, Inc. agrees not to assert jurisdiction or
7  waiver of service of process by virtue of Defendant entering into this stipulated request.

8      <u>March 26, 2007</u> - Last day to meet and confer re initial disclosures, early settlement, ADR
9      process selection, and discovery plan; last day to file Joint ADR certification with Stipulation
10     to ADR process or Notice of Need for ADR phone conference.

11     <u>March 29, 2007</u> - Last day to complete initial disclosures or state objection in Rule 26 (f)
12 report, file/serve Case Management Statement, and file/serve Rule 26 (f) report; and

13     <u>April 2, 2007 (Monday)</u> - Case Management Conference in Courtroom G, 15th Floor, at
14     4:00 p.m.

Dated: January 22, 2007

DLA PIPER US LLP
Attorneys for Plaintiff

/s/ Eugene M. Pak
Eugene M. Pak
153 Townsend Street, Suite 800
San Francisco, California 94107-1957
(415) 836-2500

Dated:  January 22, 2007

REUTERS AMERICA, INC.

/s/ Carolyn H. Blankenship
Carolyn H. Blankenship, Esq.
Principal Legal Counsel
Intellectual Property
Reuters America LLC
3 Times Square
New York, NY  10036

ADDITIONAL FURTHER STIPULATED REQUEST FOR RELIEF FROM CMC SCHEDULE; [PROPOSED] ORDER

354284-900406
SANF1\363320

1  **IT IS SO ORDERED:**

2

3  Dated: ___January 22___, 2007

4  By: _____
    The Honorable Bernard Zimmerman
5   United States Magistrate Judge

28 ADDITIONAL FURTHER STIPULATED REQUEST FOR RELIEF FROM CMC SCHEDULE; [PROPOSED] ORDER

354284-900406
SANF1\363320